396 A.2d 853

Commonwealth v. Vasquez, Appellant.

Submitted December 6, 1977. Edward F. Browne, Jr., Assistant Public Defender, for ap-

pellant;  Michael H. Ranck, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.